## Phœnixville Borough, Appellant, v. Walters.

OPINION BY HENDERSON, J., February 25, 1907:

It was agreed by counsel that the decision in this case should follow that of the Burgess and Town Council of the Borough of Phœnixville, against John B. Miller, ante, p. 6, in which an opinion has been this day filed reversing the judgment and entering judgment in favor of the plaintiff on the verdict. The judgment in this case is therefore reversed and judgment is now entered in favor of the plaintiff on the verdict.